ZhengChen.IND

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 13 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> vs. <br><br> JIA HE ZHENG, aka <br> JEFF SHUI-WAH WONG, and <br> BING JIN CHEN, aka <br> TONYA WING-SEE CHIANG, <br><br> Defendants. | CRIMINAL CASE NO. 05-00034 <br><br> **INDICTMENT** <br><br> **USE OF ALTERED PASSPORTS** <br> [18 U.S.C. § 1546] |

THE GRAND JURY CHARGES UPON INFORMATION AND BELIEF THAT:

On April 2, 2005, in the District of Guam, defendants JIE HE ZHENG, aka JEFF SHUI-WAH WONG and BING JIN CHEN, aka TONYA WING-SEE CHIANG, did unlawfully and knowingly use false Canadian Passports, by presenting said documents to an officer of the U.S. Customs and Border Protection in an attempt to enter the United States, knowing said passports

\\
\\
\\

-1-

to be falsely made and issued, said passports being prescribed by statute or regulation for entry into the United States, all in violation of Title 18, United States Code, Section 1546.

DATED this __18th__ day of April, 2005.



A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney