AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| JIA HE ZHENG aka JEFF SHUI-WAH WONG | Case Number: CR-05-00034-001 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, April 15, 2005 at 11:00 a.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title \_\_\_\_\_18\_\_\_\_\_ United States Code, Section(s) \_\_\_\_\_1546\_\_\_\_\_

Brief description of offense:

**USE OF ALTERED PASSPORTS**

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

April 13, 2005
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] FRANKLIN J. TAITAGUE | 4-13-05 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   4-13-05
            Date

JOAQUIN L.G. SALAS
Name of United States Marshal

/s/ousm Franklin J. Taitague
(by) Deputy United States Marshal

Remarks: SERVED TO IMMIGRATION & CUSTOMS ENFORCEMENT AGENT MANNY CANDELA ON 4-13-05 AT 3:25 P.M.

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.