FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.

**BING JIN CHEN aka**
**TONYA WING-SEE CHIANG**

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

(3)

Case Number: **CR-05-00034-002**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

U.S. MARSHALS-GUAM RECEIVED 13 APR 2005 14 08 01

| Place | Room |
|---|---|
| **District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | **413** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | Date and Time<br>**Friday, April 15, 2005 at 11:00 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title **18** United States Code, Section(s) **1546**

Brief description of offense:

**USE OF ALTERED PASSPORTS**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

Marilyn B. Alcon
Signature of Issuing Officer

**April 13, 2005**
Date

# RETURN OF SERVICE

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-13-05
             Date

JOAQUIN L.R. SALAS
Name of United States Marshal

Steven Franklin Pastrana
(by) Deputy United States Marshal

Remarks: SERVED TO IMMIGRATION & CUSTOMS ENFORCEMENT AGENT MANNY CANDELA ON 4-13-05 AT 3:25 PM.

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.