```
1  BJChen.STP

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortes Avenue
5  Hagatna, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for United States of America
```

FILED
DISTRICT COURT OF GUAM
MAY 25 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00034/002 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF PARTIES TO** |
| BING JIN CHEN a/k/a, ) | **CONTINUE HEARING** |
| TONYA WING-SEE CHIANG, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, RAWLEN M. T. MANTANONA, hereby stipulate to continue the Change of Plea hearing currently scheduled for May 25, 2005, at 2:00 p.m. to a date two weeks from today.

-1-

The parties make the foregoing request for the reason that counsel for the United States, First Assistant U.S. Attorney Russell C. Stoddard is scheduled to depart Guam today, May 25, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 5·25·05

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

DATED: 5/25/05

_____
RAWLEN M. T. MANTANONA
Attorney for Defendant

***ORDER***

**IT IS SO ORDERED** that the hearing currently scheduled for May 25, 2005 at 2:00 p.m. is hereby rescheduled to Wednesday, June 1, 2005, at the hour of 10:30 a.m.

DATED: 5/25/2005

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

RECEIVED
MAY 25 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM