FILED
DISTRICT COURT OF GUAM

JUN - 1 2005

MARY L.M. MORAN
CLERK OF COURT

15

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JIA HE ZHENG a.k.a.<br>JEFF SHUI-WAH WONG,<br>Defendant. | CRIMINAL CASE NO. 05-00034<br>**CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE UNITED STATES MAGISTRATE JUDGE** |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///

///

///

///

///

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this 1 day of June 2005.

JIA HE ZHENG a.k.a.
JEFF SHUI-WAH WONG
Defendant

KIM SAVO
Assistant Federal Public Defender
Attorney for Defendant

APPROVED:

RUSSELL C. STODDARD
First Assistant U.S. Attorney