FILED
DISTRICT COURT OF GUAM

JUN - 1 2005

MARY L.M. MORAN
CLERK OF COURT


1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE TERRITORY OF GUAM

9

10

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00034 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **REPORT AND RECOMMENDATION** |
| vs. | ) | **CONCERNING PLEA OF GUILTY** |
| | ) | **IN A FELONY CASE** |
| JIA HE ZHENG a.k.a. | ) | |
| JEFF SHUI-WAH WONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

16

17      The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P.,

18 and has entered a plea of guilty to an Indictment charging him with Use of Altered Passport, in

19 violation of 18 U.S.C. § 1546.  After examining the defendant under oath, I have determined that

20 the defendant is fully competent and capable of entering an informed plea, that the guilty plea

21 was intelligently, knowingly and voluntarily made, and that the offense charged is supported by

22 an independent basis in fact establishing each of the essential elements of such offense.  I

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1  therefore recommend that the plea of guilty be accepted and that the defendant be adjudged

2  guilty and have sentence imposed accordingly.

3       IT IS SO RECOMMENDED.

4       DATED this _1st_ day of June 2005.

5

6

7                          JOAQUIN V.E. MANIBUSAN, JR.
                           United States Magistrate Judge

8

9                          **NOTICE**

10      **Failure to file written objections to this Report and Recommendation within ten
        (10) days from the date of its service shall bar an aggrieved party from**

11      **attacking such Report and Recommendation before the assigned United States
        District Judge.  28 U.S.C. § 636(b)(1)(B).**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28