1  ZhengJ.APR

2  LEONARDO M. RAPADAS
   United States Attorney
3  RUSSELL C. STODDARD
   First Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   Telephone:  (671) 472-7332/7283
6  Telecopier:  (671) 472-7334

7  Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 2 9 2005 *gp*
MARY L.M. MORAN
CLERK OF COURT

8
              IN THE UNITED STATES DISTRICT COURT
9
                FOR THE TERRITORY OF GUAM
10

11  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 05-00034-001
                                       )
12              Plaintiff,             )
                                       )
13          vs.                        )    **GOVERNMENT'S STATEMENT**
                                       )    **ADOPTING FINDINGS OF**
14  JIA HE ZHENG, a/k/a                )    **PRESENTENCE REPORT**
    JEFF SHUI-WAH WONG,                )
15                                     )
                Defendant.             )
16  _____   )

17
        Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the
18
    Presentence Report for the above defendant.
19
        Respectfully submitted this 29th day of June, 2005.
20
                                       LEONARDO M. RAPADAS
21                                     United States Attorney
                                       Districts of Guam and NMI
22

23                                     By: _____
                                           RUSSELL C. STODDARD
24                                         First Assistant U.S. Attorney

25

26

27

28                              -1-

ORIGINAL

# CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on June 29, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in United States v. Jia He Zheng, a/k/a Jeff Shui-Wah Wong, Criminal Case No. 05-00034-001 to the following counsel:

> Kim Savo
> Assistant Federal Public Defender
> Office of the Federal Public Defender
> Suite 501, First Hawaiian Bank Bldg.
> 400 Route 8
> Mongmong, Guam 96910
>
> FAX: 472-7120

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

- 2 -