IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

FILED
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00034-001**  **DATE: 07/08/2005**  **TIME: 9:54 a.m.**

HON. ROBERT M. TAKASUGI, Designated Judge, Presiding
Official Court Reporter: Wanda Miles
Hearing Electronically Recorded - RUN TIME: 9:54:53 -10:00:33

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: D. Quinata / F. Tenorio

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFT: JIA HE ZHENG**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.

**ATTY: KIM SAVO**
( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: RUSS STODDARD

AGENT: MANNY CANDELLA, B.I.C.E.

U.S. PROBATION: CARLEEN BORJA

U.S. MARSHAL: S. LUJAN / W. GRAY

INTERPRETER: CHUNG HARRELL, Previously sworn

LANGUAGE: CHINESE

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
  COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
  Base offense level:    Total offense level:    Criminal History Category:

  NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Defense stated that the parties anticipated an expedited sentence because Defendant will be deported immediately.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Government had no objections to the recommendations, however, believes that Defendant will be seeking asylum.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

SENTENCE:   CR-05-00034-001                    DEFENDANT:  JIA HE ZHENG

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF <u>TIME SERVED (APPROXIMATELY 98 DAYS)</u>.

(   )   COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT _____.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF <u>THREE YEARS</u>.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1.  DEFENDANT SHALL BE TURNED OVER TO A DULY AUTHORIZED IMMIGRATION OFFICIAL FOR DEPORTATION PROCEEDINGS PURSUANT TO 18 U.S.C. § 3583(d), AND WITH THE ESTABLISHED PROCEDURES PROVIDED BY THE IMMIGRATION AND NATURALIZATION ACT UNDER 8 U.S.C. § 1101. AS A FURTHER CONDITION OF SUPERVISED RELEASE, IF ORDERED DEPORTED, THE DEFENDANT SHALL REMAIN OUTSIDE AND SHALL NOT RE-ENTER THE UNITED STATES WITHOUT THE PERMISSION OF THE ATTORNEY GENERAL. IF DEPORTATION FAILS TO OCCUR AND THE DEFENDANT IS RELEASED FROM CONFINEMENT PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

2.  DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE AND LOCAL CRIMES.

3.  DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

4.  DEFENDANT SHALL NOT POSSESS A FIREARM OR OTHER DANGEROUS WEAPON.

5.  DEFENDANT SHALL COOPERATE IN THE COLLECTION OF DNA AS DIRECTED BY THE U.S. PROBATION OFFICE.

6.  DEFENDANT SHALL NOT USE OR POSSESS ILLEGAL CONTROLLED SUBSTANCES.

7.  DEFENDANT SHALL SUBMIT TO ONE URINALYSIS WITHIN 15 DAYS OF RELEASE FROM CUSTODY AND, TO TWO MORE URINALYSIS THEREAFTER.

IT IS FURTHER ORDERED THAT THE DEFENDANT PAY TO THE UNITED STATES A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY AFTER SENTENCING.

PURSUANT TO SECTION 5E1.2(f) OF THE GUIDELINE RANGE, ALL FINES ARE WAIVED SINCE IT HAS BEEN DETERMINED THAT THE DEFENDANT DOES NOT HAVE THE ABILITY TO PAY.

COURT STATES THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT ADVISED OF HIS APPEAL RIGHTS.