# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-05-00034-002 　　　　　　　　　　DATE: February 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori 　　　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio 　　　Electronically Recorded: 1:53:40 - 1:58:19
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Bing Jin Chen 　　　　　　　　Attorney: Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R. 　　☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Frederick A. Black 　　　U.S. Agent:
U.S. Probation: Judy Ocampo 　　　　　U.S. Marshal: J. Untalan/M. Cepeda
Interpreter: Julia Berg 　　　　　　　　Language: Chinese

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- Rawlen Mantanona appointed to represent the defendant.
- Court to issue report and recommendation.
- Defendant released.

NOTES: