DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00034-002 |
|---|---|
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **BING JIN CHEN,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **RAWLEN M.T. MANTANONA** is appointed to represent the defendant in the above-entitled case. Nun pro tunc to February 25, 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 26, 2008