IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00034-002 |
| Plaintiff, | |
| vs. | **REPORT & RECOMMENDATION CONCERNING VIOLATION OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |
| BING JIN CHEN, | |
| Defendant. | |

On June 21, 2006, the United States Probation Office filed a Petition and supporting declaration alleging that the Defendant violated her conditions of supervised release. See Docket No. 29. According to the Petition and declaration, the Defendant failed to appear to begin serving her term of supervised release after being released from immigration detention on November 8, 2005.

On February 26, 2008, the Defendant appeared with counsel before the Court and knowingly and voluntarily waived her right to an evidentiary hearing and admitted to the above violation as alleged in the Petition and supporting declaration. Defense counsel explained that once she was released from immigration detention, she did not realize she had other legal obligations under the terms of the judgment. The parties agreed that an appropriate sanction for the violation would be a sentence of time served (approximately one day of imprisonment). Additionally, the parties agreed that the Defendant be release so that she can begin complying with the conditions of supervised release as previously imposed.

///

Therefore, I hereby recommend that the District Judge accept the Defendant's admission and impose no further sanction upon the Defendant for the violation. No further disposition hearing need be scheduled unless deemed necessary by the District Judge.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Feb 26, 2008

**NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**