%AO 442 (Rev. 10/03) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM
FEB 26 2008 dbs
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

BING JIN CHEN

**WARRANT FOR ARREST**

Case Number: CR-05-00034-002

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest \_\_\_\_BING JIN CHEN\_\_\_\_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED (See attached Petition and Violation Report)

in violation of Title \_\_18\_\_ United States Code, Section(s) \_\_3583\_\_

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 6/21/2006  Hagatna, Guam |
| Title of Issuing Officer | Date  Location |

COPY

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

*Harmon, Guam*

| DATE RECEIVED 06/22/2006 | NAME AND TITLE OF ARRESTING OFFICER TFO M.P. CEPEDA | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 02/25/2008 | | |

AO 442 (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____BING JIN CHEN_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS:



U.S. Department of Justice

United States Marshals Service

*District of Guam*

*Hagatna, Guam 96910*



**FILED**
DISTRICT COURT OF GUAM

FEB 26 2008



JEANNE G. QUINATA
Clerk of Court

### AFFIDAVIT

I, Matthew P. Cepeda, after being duly sworn, deposes and states as follows:

I am a Special Deputy U.S. Marshal, currently assigned to the U.S.Marshals.Service.-Taotaomona Fugitive Task Force, District of Guam, and in that capacity declare as follows:

This affidavit is submitted in reference to the absence of the **original Warrant For Arrest, issued on June 21, 2006, case no.: CR-05-00034-002, for defendant: Bing Jin Chen.**

On February 25, 2008, USMS Task Force officers: TFO Matthew P. Cepeda and TFO Raymond I. Quichocho, apprehended the defendant. In the process of returning the warrant, to the U.S. District Court of Guam-Clerk of Courts Div., the issued warrant stamped "ORIGINAL" could not be located.

The warrant was issued and filed prior to the tenure of the present USMS Task Force members. The whereabouts of the issued warrant stamped "ORIGINAL" is unknown. However, in the defendant's file are two (2) copies of the warrant with the courts official seal.

Respectfully submitted this __26__ day of February 2008.

_____
Matthew P. Cepeda
Special Deputy U.S. Marshal
U.S. Marshals Service
District of Guam