# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | Criminal Case No. 05-00034 |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE:**<br>**REPORT AND RECOMMENDATION** |
| BING JIN CHEN, | |
| Defendant. | |

The court is in receipt of the Report and Recommendation of the Honorable Joaquin V.E. Manibusan, United States Magistrate Judge, filed on February 26, 2008. *See* Docket No. 32. The Report was based on the Defendant's failure to appear to begin serving her term of supervised release after being released from immigration detention on November 8, 2005. The Magistrate Judge recommended that the District Judge accept the Defendant's admission and impose no further sanction upon the Defendant for the violation. The court notes that no objections have been filed to the Report and Recommendation. After a careful review of the case file, pleadings, and Report and Recommendation, this court **ADOPTS** the findings of the Report and Recommendation and finds that no further disposition hearing need be scheduled.

**SO ORDERED**

/s/ Frances M. Tydingco-Gatewood
　Chief Judge
**Dated: May 21, 2008**